■ LEONARD CHRISTOPHER, Respondent, v VINCENT GURRIERI et al., Appellants. [655 NYS2d 654] —In an action to recover money allegedly due upon a promissory note, the defendants appeal from a judgment of the Supreme Court, Queens County (Lonschein, J.), entered August 14, 1995, which, after a non-jury trial, is in favor of the plaintiffs and against them in the principal sum of $226,900.

Ordered that the judgment is affirmed, with costs.

The promissory note sued upon was executed by the defendants in connection with their purchase of the plaintiff's business. Therefore, the transaction was neither a loan nor a forbearance (*see,* General Obligations Law § 5-501) but was in the nature of a purchase-money mortgage which is not subject to the usury laws (*see, Szerdahelyi v Harris,* 67 NY2d 42; *Mandelino v Fribourg,* 23 NY2d 145; *Stitz v Stevens,* 70 AD2d 588, *affd* 48 NY2d 957).

The defendants' remaining contention is without merit. Ritter, J. P., Altman, Krausman and Luciano, JJ., concur.

■ CITIBANK, N. A., Respondent, v GITA FREUND et al., Appellants, et al., Defendants. [656 NYS2d 944] —In an action to foreclose a mortgage, the defendants Gita Freund and Ernest Freund appeal from so much of an order of the Supreme Court, Kings County (Shaw, J.), dated August 30, 1995, as granted that branch of the plaintiff's motion which was to confirm so much of a Referee's report as determined that service of process upon the defendant Gita Freund had been proper.

Ordered that the order is affirmed insofar as appealed from, with costs.

Matters of credibility are best determined by the hearing court, which had the opportunity to observe the witnesses (*see, Fosella Bldrs. & Gen. Contrs. v Silver,* 208 AD2d 525, 526). We are satisfied that the hearing court's findings of fact support its determination that process was properly served on the defendant Gita Freund. Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.